IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ISAAC JESUOROBO, a/k/a § | |
| Jesuorobo Isaac Rusher, a/k/a § | |
| Isaac Rusher Jesuorobo § | |
| (# A 75275832), § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:05-CV-329-Y |
| § | |
| STATE OF TEXAS, et al. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Isaac Jesuorobo for a writ of error coram nobis under 28 U.S.C. § 1651, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 27, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 14, 2005.

The Court, after <u>de novo</u> review, concludes that Jesuorobo's objections must be overruled, that the motion for stay of deportation should be denied, and that the petition for writ of error coram nobis under 28 U.S.C. § 1651 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that the motion for stay of deportation [docket no. 5] be, and is hereby, DENIED.

It is further ORDERED that Jesuorobo's May 20, 2005, petition for writ of error coram nobis be, and is hereby, DISMISSED for lack of jurisdiction.

SIGNED July 15, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE